NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
jared.l.grimmer@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00055-JCM-PAL |
| Plaintiff | |
| vs. | **Motion to Dismiss Indictment Without Prejudice** |
| JOSE MANUEL PEREZ VILLALPANDO, | |
| Defendant | |

The government is in receipt of a copy of the defendant's valid certificate of United States citizenship and hereby moves for leave of the Court to dismiss the Indictment filed on or about February 15, 2017, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED this 9th day of April, 2019.

                                                Respectfully submitted,

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                */s/ Jared L. Grimmer*
                                                JARED L. GRIMMER
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JOSE MANUEL PEREZ VILLALPANDO, <br><br> Defendant | Case No. 2:17-cr-00055-JCM-PAL <br><br> **Order of Dismissal** |

IT IS HEREBY ORDERED that the government is granted leave to dismiss the Indictment in the above captioned case filed on or about February 15, 2017, without prejudice.

IT IS FURTHER ORDERED that the Indictment is dismissed without prejudice.

DATED: April 25, 2019.

_____
U.S. DISTRICT COURT JUDGE